[No. 5399.  Decided February 18, 1905.]

STATE OF WASHINGTON, *Respondent*, v. H. C. LITTOOY, *Appellant*.[1]

Appeal from a judgment of the superior court for King county, Kennan, J., entered June 24, 1904, upon a trial and conviction of the offense of running a dental office without a license.  Reversed.

*John R. Parker* and *E. J. Brown*, for appellant.

*Samuel R. Stern*, for respondent.

---

[No. 5400.  Decided February 18, 1905.]

STATE OF WASHINGTON, *Respondent*, v. H. C. LITTOOY, *Appellant*.[2]

Appeal from a judgment of the superior court for King county, Kennan, J., entered May 13, 1904, upon a trial and conviction of the offense of practicing dentistry without a license.  Affirmed.

*John R. Parker* and *E. J. Brown*, for appellant.

*Samuel R. Stern*, for respondent.

PER CURIAM.—Appellant was prosecuted upon an information charging him with "the crime of practicing dentistry without a license," in that he did "treat a disease and lesion of the human teeth, and did correct malpositions of the human teeth and jaws, of one R. A. Netzer," in violation of the provisions of the "Dental Law" (Laws of 1901, pp. 314-318).  From a judgment of conviction, he appeals to this court.

[1]Reported in 79 Pac. 1135.

[2]Reported in 79 Pac. 1135.

Appellant attacks the validity of the said dental law, and also alleges that his case was not placed regularly on the trial calendar, in the superior court, and that he was not allowed the statutory time within which to plead.    To these contentions this court has passed adversely in other cases containing substantially the same facts.    *State ex rel. Smith v. Board of Dental Examiners*, 31 Wash, 492, 72 Pac. 110; *In re Thompson*, 36 Wash. 377, 78 Pac. 899; *State v. Sexton*, ante p. 110, 79 Pac. 634, just decided; *State v. Brown* (No. 5397), *ante* p. 106, 79 Pac. 638, just decided.

The judgment of the trial court is affirmed.